## LEE ET AL. *v.* STATE OF INDIANA.

[No. 13,703. Filed April 2, 1929.]

*Edward A. Lorch* and *Thomas W. Lindsey,* for appellants.

*Arthur L. Gilliom,* Attorney-General, and *Harry L. Gause,* Deputy Attorney-General, for the State.

LOCKYEAR, J.—Comes now the State of Indiana, appellee, by the Attorney-General, and prays that the appeal herein be dismissed on the ground that the transcript was not filed within sixty days after the appeal was taken. And the court, having examined said petition and being sufficiently advised in the premises, now orders that this appeal be dismissed. Acts 1927, ch. 132, §16; *Farlow* v. *State* (1924), 196 Ind. 295, 142 N. E. 849.